# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Coast/ACM )     ASBCA No. 58759
)
Under Contract No. SPM7M5-09-V-1642 )

APPEARANCE FOR THE APPELLANT:     Mr. Allen H. Adams
                                  President

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                    DLA Chief Trial Attorney
                                  Matthew O. Geary, Esq.
                                    Trial Attorney
                                    DLA Land and Maritime
                                    Columbus, OH

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 1 April 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58759, Appeal of Coast/ACM, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals